```
 1  SCOTT N. SCHOOLS, SC SBN 9990
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    ILA C. DEISS, NY SBN 3052909
 4  Assistant United States Attorney

 5      450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102
 6      Telephone: (415) 436-7124
        FAX: (415) 436-7169
 7
    Attorneys for Defendants
 8
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| LIANG XIAO, | ) |
| | ) No. C 07-0556 SI |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **STIPULATION TO EXTEND DATES;** |
| EMILIO T. GONZALEZ, Director of the U.S. | ) **and [PROPOSED] ORDER** |
| Citizenship and Immigration Services; | ) |
| ALBERTO R. GONZALES, as Attorney General | ) |
| of the United States, | ) |
| | ) |
| Defendants. | ) |
| | ) |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiff filed this action on or about January 26, 2007. Defendant's answer is currently due on April 17, 2007.

2. Pursuant to this Court's January 26, 2007 Order Setting Initial Case Management Conference, the parties are required to file a joint case management statement on April 27, 2007, and attend a case management conference on May 4, 2007.

3. In order to allow sufficient time for Defendants to consider an alternative resolution to this case and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

Stipulation to Extend Dates
C07-0556 SI                                              1

| | | |
|---|---|---|
| 1 | Last day for Defendants to file an Answer | May 15, 2007 |
| 2 | Last day to file Joint ADR Certification | May 18, 2007 |
| 3 | Last day to file/serve Joint Case Management Statement: | June 1, 2007 |
| 4 | Case Management Conference: | June 8, 2007 at 2:00 p.m. |

Dated: April 17, 2007                                   Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants


Dated: April 17, 2007                                   _____/s/_____
DANIEL T. HUANG
Attorney for Plaintiff


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
SUSAN ILLSTON
United States District Judge

Stipulation to Extend Dates
C07-0556 SI                                   2