Daniel T. Huang, ESQ. (Cal Bar 185948)
Law Office of Daniel Huang
506 N. Garfield Ave., Ste. 100
Alhambra, CA 91801
Tel: (626) 289-0006
Fax: (626) 289-0005
Lawyer99@pacbell.net

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| LIANG XIAO, individually, | Case No.: C 07-0556 SI |
| Plaintiff, | |
| v. | **Stipulation to Continue Case Management Conference and [Proposed] Order** |
| EMILIO T. GONZALEZ, Director of the U.S. Citizenship and Immigration Services, | |
| ALBERTO R. GONZALES, as Attorney General of the United States, | |
| Defendants. | |

This matter is presently set for a hearing on Defendants' Motion to Dismiss on July 27, 2007 at 9:00 a.m. before this Court. As this matter will likely be resolved on or before July 27, 2007, parties, by and through their respective attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1  1) The Case Management Conference, presently set for June 8, 2007 at 2:00 p.m., is

2  continued to August 10, 2007 at 2:00 p.m., or as soon as thereafter as the Court's calendar

3  permits.

4

5                                                      Respectfully submitted,

6

7                                                      Law Office of Daniel Huang

8

9            Date: June 6, 2007

10                                                     DANIEL T. HUANG
                                                       Attorney at Law
11

12                                                     SCOTT N. SCHOOLS
                                                       United States Attorney
13

14

15           Date: June 6, 2007

16                                                     IIA C. DEISS
                                                       Assistant United States Attorney
17

18                              **ORDER** (Proposed)

19  Pursuant to stipulation, IT IS SO ORDERED.  Case Management Conference is
    continued to __August 10, 2007 @ 2 p.m.__
20

21  Date:

22

23

24

25                                                     SUSAN ILLSTON
                                                       United States District Judge
26

27

28