SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LIANG XIAO, | ) |
| | ) No. C 07-0556 SI |
| Plaintiff, | ) |
| | ) |
| v. | ) **STIPULATION TO CONTINUE CASE** |
| | ) **MANAGEMENT CONFERENCE AND** |
| EMILIO T. GONZALEZ, Director of the U.S. | ) **HEARING DATE ON DEFENDANTS'** |
| Citizenship and Immigration Services; | ) **MOTION TO DISMISS and [PROPOSED]** |
| ALBERTO R. GONZALES, as Attorney General | ) **ORDER** |
| of the United States, | ) |
| | ) |
| Defendants. | ) |

The plaintiff, by and through his attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to the following:

1. The plaintiff filed an action on January 26, 2007, asking this Court to direct the United States Citizenship and Immigration Services (USCIS) to adjudicate his I-485 application.

2. The defendants have filed a motion to dismiss the action and the hearing on that motion is scheduled for July 27, 2007.

3. The plaintiff is unavailable to appear on July 27, 2007.

4. Accordingly, the parties respectfully ask this Court to reschedule the case management conference and the hearing on the defendants' motion to dismiss to September 14, 2007.

Stipulation to Extend Dates
C07-0556 SI                                                          1

| | | |
|---|---|---|
| 1 | Dated: July 5, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS |
| 3 | | United States Attorney |

/s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: July 5, 2007

/s/
DANIEL T. HUANG
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.    (continued to 9/14/07)

Date: _____
SUSAN ILLSTON
United States District Judge

Stipulation to Extend Dates
C07-0556 SI                    2