SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LIANG XIAO,<br><br>    Plaintiff,<br><br>    v.<br><br>EMILIO T. GONZALEZ, Director of the U.S. Citizenship and Immigration Services; ALBERTO R. GONZALES, as Attorney General of the United States,<br><br>    Defendants. | No. C 07-0556 SI<br><br>**STIPULATION TO CONTINUE HEARING DATE and EXTEND DATES OF PARTIES' CROSS MOTIONS FOR SUMMARY JUDGMENT, and [PROPOSED] ORDER**<br><br>Date: November 16, 20007<br>Time: 9:00 a.m. |

The plaintiff, by and through his attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to the following:

1. On September 18, 2007, the Court scheduled a hearing on the parties' cross motions for summary judgment on November 16, 2007, and further ordered the parties to submit their cross motions for summary judgment on October 12, 2007.

2. On September 14, 2007, USCIS initiate the process to expedite the Plaintiff's name check.

3. In order to allow sufficient time for the FBI to receive and complete the name check, and for USCIS to receive the completed name check result for the Plaintiff, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

Stipulation to Continue Hearing Dates
C07-0556 SI                        1

| | | |
|---|---|---|
| 1 | Parties' Motions for Summary Judgment: | November 23, 2007 |
| 2 | Parties' Oppositions to the Summary Judgment: | December 7, 2007 |
| 3 | Hearing: | December 21, 2007, at 9:00 a.m. |

Dated: October 12, 2007              Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


                                     /s/
                                     ———————————————
                                     ILA C. DEISS
                                     Assistant United States Attorney
                                     Attorney for Defendants


Dated: October 12, 2007                       /s/
                                     ———————————————
                                     DANIEL T. HUANG
                                     Attorney for Plaintiff


## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: ———————————————
      SUSAN ILLSTON
      United States District Judge

Stipulation to Continue Hearing Dates
C07-0556 SI                           2