1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 LIANG XIAO,                          )
                                        ) No. C 07-0556 SI
13                Plaintiff,            )
                                        )
14        v.                            ) **STIPULATION TO DISMISS; AND**
                                        ) **[PROPOSED] ORDER**
15 EMILIO T. GONZALEZ, Director of the U.S. )
   Citizenship and Immigration Services; )
16 ALBERTO R. GONZALES, as Attorney General )
   of the United States,                )
17                                      )
                  Defendants.           )
18 _____  )

19      The Plaintiff, by and through his attorney of record, and Defendants, by and through their

20 attorneys of record, hereby stipulate, subject to approval of the Court, to the following:

21      1. The FBI completed Plaintiff's name check.

22      2. The United States Citizenship and Immigration Services (USCIS) issued a request for

23 evidence on November 20, 2007 allowing Plaintiff 30 days to respond.

24      3. USCIS agrees to adjudicate Plaintiff's adjustment application within 60 days of receiving

25 the response.

26      4. The parties believe this case can be administratively resolved, therefore, stipulate to dismiss

27 the case.

28      5. Each party shall pay their own costs and fees.

Stipulation to Dismiss
C07-0556 SI                                    1

1 | Dated: November 16, 2007 | Respectfully submitted,
2 | | SCOTT N. SCHOOLS
  | | United States Attorney
3 |
4 |
5 | | ____/s/____
  | | ILA C. DEISS
  | | Assistant United States Attorney
6 | | Attorney for Defendants
7 |
8 | Dated: November 16, 2007 | ____/s/____
  | | DANIEL T. HUANG
9 | | Attorney for Plaintiff
10 |
11 |
12 | **ORDER**
13 | Pursuant to stipulation, IT IS SO ORDERED.
14 |
15 | Date: | _[signature: Susan Illston]_
  | | SUSAN ILLSTON
16 | | United States District Judge

Stipulation to Dismiss
C07-0556 SI                                    2